1  RICHARD C. COFFIN (State Bar No. 70562)
   (Email: rcc@bcltlaw.com)
2  ESTIE A. MANCHIK (State Bar No. 239523)
   (Email: eam@bcltlaw.com)
3  BARG COFFIN LEWIS & TRAPP, LLP
   One Market · Steuart Tower, Suite 2700
4  San Francisco, California 94105-1475
   Telephone: (415) 228-5400
5  Fax: (415) 228-5450

6  Attorneys for Defendants
   Estate of Reitman and Audrey Berkson
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | CALIFORNIA DEPARTMENT OF TOXIC    | Case No. C07-02779 WDB
   | SUBSTANCES CONTROL,               |
12 |                                   | STIPULATION EXTENDING TIME TO
   |           Plaintiff,              | RESPOND TO COMPLAINT FOR
13 |                                   | RECOVERY OF RESPONSE COSTS
   |     v.                            | (COMPREHENSIVE ENVIRONMENTAL
14 |                                   | RESPONSE, COMPENSATION, AND
   | ESTATE OF REITMAN, ex rel. Audrey | LIABILITY ACT OF 1980, 42 U.S.C.
15 | Berkson, Executrix; AUDREY BERKSON,| SECTIONS 9601 - 9674)
   | Executrix,                        |
16 |                                   |
   |           Defendants.             |
17

18

19      Pursuant to Civil Local Rule 6-1(a) of the Northern District of California, the parties to

20 the above-captioned action (the "Action") stipulate as follows:

21      1.     The complaint in the Action was served on defendants on June 1, 2007.

22      2.     The parties have agreed that defendants may have a thirty-day extension to

23 respond to the complaint in the Action. With this extension, defendants' response to the

24 complaint will be due on or before July 20, 2007.

25      3.     This thirty-day extension of time for defendants to respond to the complaint will

26 not alter the date of any event or any deadline already fixed by Court order. Therefore a Court

27 order is not required for the extension pursuant to Local Rule 6-1(a).

28

---

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT FOR RECOVERY OF RESPONSE COSTS (CERCLA)
U.S.D.C Case No. Civ. C07-02779

467173.1

SO STIPULATED:

DATED: June 15, 2007

OFFICE OF THE ATTORNEY GENERAL,
CALIFORNIA DEPARTMENT OF JUSTICE

By: _____
         DEBORAH SLON

Attorneys for Plaintiff
CALIFORNIA DEPARTMENT OF TOXIC
SUBSTANCES CONTROL

DATED: June 14, 2007

BARG COFFIN LEWIS & TRAPP, LLP

By: _____
         RICHARD C. COFFIN

Attorneys for Defendants
ESTATE OF REITMAN and AUDREY BERKSON

2

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT FOR RECOVERY OF RESPONSE COSTS (CERCLA)
U.S.D.C Case No. Civ. C07-02779

467173.1

# PROOF OF SERVICE BY UNITED STATES MAIL

I, Joan F. Flaherty, declare that I am over the age of eighteen years and not a party to this action. I am an employee of Barg Coffin Lewis & Trapp, LLP ("the Firm") and my business address is One Market, Steuart Tower, Suite 2700, San Francisco, California 94105-1475.

On June 19, 2007, I served the following document(s) in this cause:

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT FOR RECOVERY OF RESPONSE COSTS (COMPREHENSIVE ENVIRONMENTAL RESPONSE, COMPENSATION, AND LIABILITY ACT OF 1980, 42 U.S.C. SECTIONS 9601-9674)**

by placing a true and correct copy thereof in envelope(s) bearing the name(s) and address(es) of the person(s) to be served as shown below. I am readily familiar with the Firm's practice for collection and processing of correspondence for mailing with the United States Postal Service ("Postal Service"). Pursuant to that practice, correspondence which is placed for collection and mailing with the Postal Service during regular business hours on a given date is deposited with the Postal Service on that same date in the ordinary course of business. On the above date during regular business hours, I sealed the above described envelope(s) and placed them for collection and mailing with the Postal Service, postage prepaid, in accordance with the Firm's ordinary business practice described above.

Deborah R. Slon, Esq.
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244-2550

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 19, 2007, at San Francisco, California.

_____
Joan F. Flaherty

BARG COFFIN LEWIS & TRAPP
ATTORNEYS LLP

3

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT FOR RECOVERY OF RESPONSE COSTS (CERCLA)
U.S.D.C Case No. Civ. C07-02779

467173.1