RICHARD C. COFFIN (State Bar No. 70562)
(Email: rcc@bcltlaw.com)
ESTIE A. MANCHIK (State Bar No. 239523)
(Email: eam@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
One Market · Steuart Tower, Suite 2700
San Francisco, California 94105-1475
Telephone:  (415) 228-5400
Fax:  (415) 228-5450

Attorneys for Defendants
Estate of Reitman and Audrey Berkson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>            Plaintiff,<br><br>        v.<br><br>ESTATE OF REITMAN, ex rel. Audrey Berkson, Executrix; AUDREY BERKSON, Executrix,<br><br>            Defendants. | Case No. C07-02779 WDB<br><br>STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT FOR RECOVERY OF RESPONSE COSTS (COMPREHENSIVE ENVIRONMENTAL RESPONSE, COMPENSATION, AND LIABILITY ACT OF 1980, 42 U.S.C. SECTIONS 9601 - 9674) |

Pursuant to Civil Local Rule 6-1(a) of the Northern District of California, the parties to the above-captioned action (the "Action") stipulate as follows:

1.     The complaint in the Action was served on defendants on June 1, 2007.

2.     The parties previously stipulated to a thirty-day extension to respond to the complaint in the Action.

3.     The parties have agreed that defendants may have an additional seven-day extension to respond to the complaint in the Action.  Defendants' response to the complaint will now be due on or before July 27, 2007.

3.     This additional seven-day extension of time for defendants to respond to the

complaint will not alter the date of any event or any deadline already fixed by Court order. Therefore a Court order is not required for the extension pursuant to Local Rule 6-1(a).

SO STIPULATED:

DATED: July 20, 2007                OFFICE OF THE ATTORNEY GENERAL,
                                    CALIFORNIA DEPARTMENT OF JUSTICE

                           By:         s/ Deborah Slon
                                       DEBORAH SLON

                                    Attorneys for Plaintiff
                                    CALIFORNIA DEPARTMENT OF TOXIC
                                    SUBSTANCES CONTROL


DATED: July 20, 2007                BARG COFFIN LEWIS & TRAPP, LLP

                           By:         s/ Estie A. Manchik
                                       ESTIE A. MANCHIK

                                    Attorneys for Defendants
                                    ESTATE OF REITMAN and AUDREY BERKSON

2

STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT FOR RECOVERY OF RESPONSE COSTS (CERCLA)
U.S.D.C Case No. Civ. C07-02779
474874.1

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Barg Coffin Lewis & Trapp, LLP, One Market, Steuart Tower, Suite 2700, San Francisco, California 94105. On July 20, 2007, I served the following document:

**STIPULATION FURTHER EXTENDING TIME TO RESPOND
TO COMPLAINT FOR RECOVERY OF RESPONSE COSTS
(COMPREHENSIVE ENVIRONMENTAL RESPONSE, COMPENSATION,
AND LIABILITY ACT OF 1980, 42 U.S.C. SECTIONS 9601 - 9674)**

☐ by transmitting via facsimile the document(s) listed above to the fax number set forth below on this date before 5:00 p.m.

☐ by causing personal delivery overnight delivery by Federal Express of the document(s) listed above to the person at the address set forth below.

☐ by dispatching a messenger from my place of business with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving a true copy thereof with the person whose name is shown or the person who was apparently in charge of that person's office or residence.

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by transmitting via email the document(s) listed above to the email address(es) set forth below on this date before 5 p.m.

Deborah R. Slon, Esq.
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244-2550

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 20, 2007, at San Francisco, California.

                                                       s/ Marianne Horn
                                                         Marianne Horn

3

STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT FOR RECOVERY OF RESPONSE COSTS (CERCLA)
U.S.D.C Case No. Civ. C07-02779

474874.1