1  RICHARD C. COFFIN (State Bar No. 70562)
   (Email: rcc@bcltlaw.com)
2  ESTIE A. MANCHIK (State Bar No. 239523)
   (Email: eam@bcltlaw.com)
3  BARG COFFIN LEWIS & TRAPP, LLP
   One Market · Steuart Tower, Suite 2700
4  San Francisco, California 94105-1475
   Telephone: (415) 228-5400
5  Fax: (415) 228-5450

6  Attorneys for Defendants
   Estate of Reitman and Audrey Berkson
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | CALIFORNIA DEPARTMENT OF TOXIC        | Case No. C07-02779 WDB
   | SUBSTANCES CONTROL,                   |
12 |                                       | STIPULATION FURTHER EXTENDING
   |              Plaintiff,               | TIME TO RESPOND TO COMPLAINT
13 |                                       | FOR RECOVERY OF RESPONSE COSTS
   |        v.                             | (COMPREHENSIVE ENVIRONMENTAL
14 |                                       | RESPONSE, COMPENSATION, AND
   | ESTATE OF REITMAN, ex rel. Audrey     | LIABILITY ACT OF 1980, 42 U.S.C.
15 | Berkson, Executrix; AUDREY BERKSON,   | SECTIONS 9601 - 9674)
   | Executrix,                            |
16 |                                       |
   |              Defendants.              |
17

18

19         Pursuant to Civil Local Rule 6-1(a) of the Northern District of California, the parties to

20 the above-captioned action (the "Action") stipulate as follows:

21     1.   The complaint in the Action was served on defendants on June 1, 2007.

22     2.   The parties previously stipulated to a thirty-day extension to respond to the

23 complaint in the Action (filed June 19, 2007), and an additional seven-day extension to respond

24 to the complaint in the action (filed July 20, 2007).

25     3.   The parties have agreed that defendants may have an additional seven-day

26 extension to respond to the complaint in the Action. Defendants' response to the complaint will

27 now be due on or before August 3, 2007.

28

STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT FOR RECOVERY OF RESPONSE COSTS (CERCLA)
U.S.D.C Case No. Civ. C07-02779

476313.1

3. This additional seven-day extension of time for defendants to respond to the complaint will not alter the date of any event or any deadline already fixed by Court order. Therefore a Court order is not required for the extension pursuant to Local Rule 6-1(a).

SO STIPULATED:

DATED: July 27, 2007

OFFICE OF THE ATTORNEY GENERAL,
CALIFORNIA DEPARTMENT OF JUSTICE

By:     s/ Deborah Slon
         DEBORAH SLON

Attorneys for Plaintiff
CALIFORNIA DEPARTMENT OF TOXIC
SUBSTANCES CONTROL


DATED: July 27, 2007

BARG COFFIN LEWIS & TRAPP, LLP

By:     s/ Richard C. Coffin
         RICHARD C. COFFIN

Attorneys for Defendants
ESTATE OF REITMAN and AUDREY BERKSON

2

STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT FOR RECOVERY OF RESPONSE COSTS (CERCLA)
U.S.D.C Case No. Civ. C07-02779

476313.1

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Barg Coffin Lewis & Trapp, LLP, One Market, Steuart Tower, Suite 2700, San Francisco, California 94105. On July 27, 2007, I served the following document:

**STIPULATION FURTHER EXTENDING TIME TO RESPOND
TO COMPLAINT FOR RECOVERY OF RESPONSE COSTS
(COMPREHENSIVE ENVIRONMENTAL RESPONSE, COMPENSATION,
AND LIABILITY ACT OF 1980, 42 U.S.C. SECTIONS 9601 - 9674)**

☐ by transmitting via facsimile the document(s) listed above to the fax number set forth below on this date before 5:00 p.m.

☐ by causing personal delivery overnight delivery by Federal Express of the document(s) listed above to the person at the address set forth below.

☐ by dispatching a messenger from my place of business with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving a true copy thereof with the person whose name is shown or the person who was apparently in charge of that person's office or residence.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by transmitting via email the document(s) listed above to the email address(es) set forth below on this date before 5 p.m.

Deborah R. Slon, Esq.
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244-2550

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 27, 2007, at San Francisco, California.

*/s/ Joan Flaherty*
Joan Flaherty

---

STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT FOR RECOVERY OF RESPONSE COSTS (CERCLA)
U.S.D.C Case No. Civ. C07-02779

3

476313.1