RICHARD C. COFFIN (State Bar No. 70562)
(Email: rcc@bcltlaw.com)
ESTIE A. MANCHIK (State Bar No. 239523)
(Email: eam@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
One Market · Steuart Tower, Suite 2700
San Francisco, California 94105-1475
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Defendants
Estate of Reitman and Audrey Berkson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | Case No. C07-02779 WDB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING INITIAL CASE MANGEMENT CONFERENCE |
| v. | |
| ESTATE OF REITMAN, ex rel. Audrey Berkson, Executrix; AUDREY BERKSON, Executrix, | |
| Defendants. | |

On August 9, 2007, the parties to the above-captioned matter submitted a Notice of Pending Settlement and Stipulated Request For Continuance of Initial Case Management Conference. For the reasons stated in that document, this Court grants a 90-day continuance of the Initial Case Management Conference ("CMC") in this matter and all related submissions to the Court. The CMC will be heard on December 4, 2007 at _____ in Courtroom 4 of the Federal District Court for the Northern District of California, Oakland Courthouse.

Dated: August ___, 2007

_____
Honorable Wayne D. Brazil
Magistrate Judge

[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
U.S.D.C Case No. Civ. C07-02779

477296.1