1  RICHARD C. COFFIN (State Bar No. 70562)
   (Email: rcc@bcltlaw.com)
2  ESTIE A. MANCHIK (State Bar No. 239523)
   (Email: eam@bcltlaw.com)
3  BARG COFFIN LEWIS & TRAPP, LLP
   One Market · Steuart Tower, Suite 2700
4  San Francisco, California 94105-1475
   Telephone:  (415) 228-5400
5  Fax:  (415) 228-5450

6  Attorneys for Defendants
   Estate of Reitman and Audrey Berkson

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | CALIFORNIA DEPARTMENT OF TOXIC       Case No. C07-02779 WDB
   | SUBSTANCES CONTROL,
12 |                                      ORDER CONTINUING INITIAL CASE
   |          Plaintiff,                  MANGEMENT CONFERENCE
13 |
   |     v.
14 |
   | ESTATE OF REITMAN, ex rel. Audrey
15 | Berkson, Executrix; AUDREY BERKSON,
   | Executrix,
16 |
   |          Defendants.
17

18       On August 9, 2007, the parties to the above-captioned matter submitted a Notice of

19 Pending Settlement and Stipulated Request For Continuance of Initial Case Management

20 Conference.  For the reasons stated in that document, this Court grants a 90-day continuance of

21 the Initial Case Management Conference ("CMC") in this matter and all related submissions to

22 the Court.  The CMC will be heard on December 4, 2007 at 4:00 p.m. in Courtroom 4 of the

23 Federal District Court for the Northern District of California, Oakland Courthouse.

24 Dated:  August 10, 2007

25                                                  _____
                                                    Honorable Wayne D. Brazil
26                                                  Magistrate Judge

27

28

[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
U.S.D.C Case No. Civ. C07-02779

477296.1